NUMBER 13-07-115-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






TRUSTMARK INSURANCE COMPANY, Appellant,


v.



RGOI ASC, LTD., D/B/A ADVANCED 

ARTHROSCOPIC OUTPATIENT SURGERY

AND WILLIAM D. SNYDER, Appellees.





On appeal from County Court at Law No. 4 


of Hidalgo County, Texas.






MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, TRUSTMARK INSURANCE COMPANY, perfected an appeal from a judgment
entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-05-2866-D. 
 After the record was filed, the parties filed a joint motion to remand the case to the trial court. In the
motion, the parties state that all differences raised in this matter have been resolved. The parties
request that this case be removed from the appellate court docket and remanded to the trial court so
that the parties' settlement agreement can be fully implemented. 

 The Court, having considered the documents on file and the joint motion to remand, is of the
opinion that the motion should be granted. The joint motion to remand is GRANTED. The judgment
of the trial court is REVERSED, and the cause is REMANDED to the trial court in accordance with
the parties' settlement agreement. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of April, 2007.